IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA.<br>      Plaintiff,<br><br>  v.<br><br>MADER LAW GROUP, LLC, ERIC A. MADER, and SEAN BATCHELER.<br><br>      Defendants. | CASE NO: 13-cv-02577-RAL-TGW |

**PLAINTIFF'S DEPOSITION DESIGNATIONS FOR
ERIC A. MADER AND MADER LAW GROUP, LLC**

Plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), designates the following deposition testimony of Eric A. Mader ("Mader") and Mader Law Group, LLC (the "Firm"),[1] and offers such deposition testimony at the trial of this matter pursuant to Federal Rule of Civil Procedure 32(a)(3). The transcript of the deposition of Mader and the Firm is attached to this submission as Exhibit 1.

| **FROM PAGE:LINE** | **TO PAGE:LINE** | **COMMENTS** |
|---|---|---|
| 4:21 | 4:23 | |
| 5:24 | 6:3 | |
| 7:12 | 7:16 | |
| 8:12 | 8:15 | |

---

[1] Mader testified via deposition testimony both individually, on behalf of himself, and as the Federal Rule of Civil Procedure 30(b)(6) corporate representative of the Firm. At his deposition, Mader stipulated that his deposition testimony constitutes his personal individual testimony and his testimony as the corporate representative of the Firm. (Doc. 43-1, p. 107 at ln. 8-25, p. 108 at ln. 1).

| | |
|---|---|
| 8:20 | 8:25 |
| 10:4 | 10:6 |
| 20:17 | 20:24 |
| 21:16 | 21:24 |
| 26:14 | 27:14 |
| 27:25 | 28:6 |
| 32:3 | 32:7 |
| 33:23 | 36:12 |
| 37:7 | 38:8 |
| 38:13 | 38:21 |
| 43:19 | 44:1 |
| 44:21 | 44:25 |
| 45:16 | 45:24 |
| 47:16 | 47:19 |
| 49:12 | 50:15 |
| 51:5 | 51:16 |
| 51:23 | 52:1 |
| 52:10 | 53:13 |
| 54:23 | 55:4 |
| 55:13 | 55:23 |
| 60:10 | 61:2 |
| 65:12 | 65:18 |

| | | |
|---|---|---|
| 66:6 | 66:12 | |
| 70:12 | 70:19 | |
| 70:24 | 71:1 | Starting at, "The box next to Question No. 25…" |
| 71:4 | 71:6 | |
| 71:16 | 72:5 | |
| 72:9 | 72:11 | |
| 72:20 | 73:7 | |
| 73:13 | 73:17 | |
| 74:4 | 74:12 | |
| 74:17 | 74:22 | |
| 75:3 | 75:16 | |
| 76:5 | 76:21 | |
| 77:7 | 77:23 | |
| 78:2 | 78:7 | |
| 78:13 | 79:13 | |
| 79:18 | 81:4 | |
| 81:24 | 82:2 | |
| 82:6 | 82:9 | |
| 82:20 | 83:1 | Starting at, "Is it your contention…" |
| 83:6 | 83:20 | |
| 84:19 | 85:2 | |
| 85:7 | 86:15 | |

| | |
|---|---|
| 86:23 | 87:8 |
| 87:12 | 88:1 |
| 88:5 | 88:22 |
| 89:9 | 89:17 |
| 92:19 | 95:11 |
| 95:16 | 98:11 |
| 98:14 | 98:17 |
| 98:20 | 98:24 |
| 99:17 | 100:17 |
| 100:21 | 101:15 |
| 101:25 | 102:2 |
| 102:6 | 102:10 |
| 105:23 | 106:8 |
| 106:17 | 106:23 |
| 107:12 | 108:1 |

Dated:  January 5, 2015

1666346

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA.

By: */s/ Christopher J. Bannon*

          Christopher J. Bannon (*admitted pro hac vice*)
          Lindsay P. Lollio (*admitted pro hac vice*)
          Aronberg Goldgehn Davis & Garmisa
          330 North Wabash, Suite 3000
          Chicago, Illinois 60611
          (ph) 312-755-3175
          (fax) 312-222-6375
          cbannon@agdglaw.com
          llollio@agdglaw.com

          and

          Aram Megerian
          Cole, Scott & Kissane, P.A.
          4301 West Boy Scout Blvd.
          Suite 400
          Tampa, FL 33607
          (ph) 813-864-9373
          (fax) 813-286-2900
          Aram.Megerian@csklegal.com

          *Attorneys for Plaintiff Travelers Casualty and*
          *Surety Company of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2015, I electronically filed the foregoing Deposition Designations for Eric A. Mader and Mader Law Group, LLC with the Clerk of the Court by using the CM/ECF system which will serve a Notice of Filing on all counsel of record.

By: */s/ Christopher J. Bannon*
Christopher J. Bannon (*admitted pro hac vice*)
Lindsay P. Lollio (*admitted pro hac vice*)
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 3000
Chicago, Illinois 60611
(ph) 312-755-3175
(fax) 312-222-6375
cbannon@agdglaw.com
llollio@agdglaw.com

Aram Megerian
Cole, Scott & Kissane, P.A.
4301 West Boy Scout Blvd.
Suite 400
Tampa, FL 33607
(ph) 813-864-9373
(fax) 813-286-2900
Aram.Megerian@csklegal.com