IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA.
              Plaintiff,

v.

MADER LAW GROUP, LLC, ERIC A. MADER,
and SEAN BATCHELER.

              Defendants.

CASE NO: 13-cv-02577-RAL-TGW

## STIPULATION

The undersigned parties, Plaintiff Travelers Casualty and Surety Company of America ("Travelers"), Defendant Mader Law Group, LLC (the "Firm"), Defendant Eric A. Mader ("Mader"), and Defendant Sean Batcheler ("Batcheler"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Travelers, the Firm, Mader, and Batcheler, and their present and former agents, attorneys, successors, and assigns, are collectively referred to in this stipulation as the "Parties".

2. Travelers issued a Lawyers Professional Liability Policy No. 105755560 to the Firm with a policy period of March 1, 2013 to March 1, 2014 (the "Policy").

3. The Firm, Mader, and Travelers stipulate and agree that Travelers tendered to the Firm, and the Firm accepted, the sum of $3,217.22, which is the amount the Firm paid to Travelers as premium for the Policy as of October 4, 2013, the date on which Travelers notified the Firm, Mader, and Batcheler that it was seeking rescission of the Policy, and Batcheler does not object to such stipulation.

4. The Firm, Mader, Batcheler and Travelers stipulate and agree that the Policy shall be rescinded and treated as null and void, from its inception.

5. The Firm, Mader, Batcheler and Travelers stipulate and agree that no insurance coverage shall be available to any person or entity under the Policy for past, present, and future claims or suits of any kind whatsoever.

6. The Firm, Mader, Batcheler and Travelers stipulate and agree to the entry of an order pursuant to which the Court rescinds the Policy and declares it null and void, from its inception.

7. The Parties further agree and stipulate to the entry of an order pursuant to which the Court dismisses this action, with prejudice, in its entirety, including the causes of action filed against the Firm, Mader, and Batcheler, with each party to bear its own costs and attorneys' fees.

Dated: April 4, 2015

| MADER LAW GROUP, LLC and ERIC A. MADER: | SEAN BATCHELER: |
|---|---|
| By: /s/ *H. Vance Smith* <br> H. Vance Smith, Esq. <br> Kadyk & Delesie PA <br> 102 West Whiting St., Suite 601 <br> Tampa FL 33602 <br> (ph) 813-226-1862 <br> (fax) 813-440-4689 <br> vsmith@kdelegal.com | By: /s/ *R. Gale Porter* <br> R. Gale Porter, Esq. <br> Petitt Worrell Craine Wolfe LLC <br> 4830 West Kennedy Blvd., Suite 475 <br> Tampa, FL 33609 <br> (ph) 813-443-5345 <br> (fax)813-443-8331 <br> gale@pwcwp.com |
| *Attorneys for Defendants Mader Law Group, LLC and Eric A. Mader* | *Attorneys for Defendant Sean Batcheler* |

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

By: /s/ *Christopher J. Bannon*
Christopher J. Bannon (admitted *pro hac vice*)
Lindsay P. Lollio (admitted *pro hac vice*)
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 3000
Chicago, Illinois 60611
(ph) 312-755-3175
(fax) 312-222-6375
cbannon@agdglaw.com

and

Aram Megerian
Cole, Scott & Kissane, P.A.
4301 West Boy Scout Blvd., Suite 400
Tampa, FL 33607
(ph) 813-864-9373
(fax) 813-286-2900
Aram.Megerian@csklegal.com

*Attorneys for Plaintiff, Travelers
Casualty and Surety Company of America*

1671912